[No. 66348-8-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO SUGGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04388-4, Beth M. Andrus, J., entered December 6, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Ellington, JJ.

[No. 66376-3-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHID ALI HASSAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06207-9, Michael Heavey, J., entered December 8, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Cox, J.

[No. 66401-8-I.   Division One.   June 11, 2012.]

SEATTLE-TACOMA INTERNATIONAL TAXI ASSOCIATION, *Appellant*, v. THE PORT OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-05263-1, Steven C. González, J., entered November 17, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 66416-6-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER SHAWN RUST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03454-1, Ronald Kessler, J., entered December 1, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Ellington, J.